AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | | |
|---|---|---|
| VARTA MICROBATTERY GMBH | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. 2:20-cv-00052 |
| AMAZON.COM, INC. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Amazon.com, Inc.
c/o Corporate Servcie Company, its registered agent
251 Little Falls Drive
Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Andrew W. Stinson
Ramey & Flock, P.C.
100 E. Ferguson Street, Suite 404
Tyler, Texas 75702

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/25/20

David A. O'Toole
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:20-cv-00052-JRG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  AMAZON.COM, INC.
was received by me on *(date)*  02/25/2020  .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  I delivered a true copy of the Summons*, and Complaint to AMAZON.COM, INC. by delivery to Paul Sisofo of Corporation Service Company, its Registered Agent, at 251 Little Falls Dr., Wilmington, DE 19808 on February 28, 2020 at 10:05 a.m.,++

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  03/09/2020

*Server's signature*

Michael J. Collins Process Server PSC-359, expires 07/31/2020
*Printed name and title*

110 N College Ave #1002
Tyler, TX 75702

*Server's address*

Additional information regarding attempted service, etc:
*with the date of delivery endorsed theron
++by Certified Mail, return-receipt requested.
PS Form 3811 and USPS tracking information are attached
Certified Mail Number 9414 7266 9904 2156 6540 86
Exhibit A; Exhibit B; and Exhibit C were attached

Add a tracking number

Showing: All



**9414726699042158654086**

**Delivered:**
WILMINGTON, DE 19808 on February 28, 2020 at 10:05 am

| Return Receipt (Form 3811) Barcode | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9266 9904 2158 6540 89 | A. Signature<br>X Paul Sigoto ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) Paul Sigoto  C. Date of Delivery<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>AMAZON.COM, INC.<br>C/o Corporation Service Comapny, Registered Agent<br>251 Little Falls Dr<br>Wilmington, DE 19808 | 3. Service Type:<br>☒ Certified Mail<br>☐ Certified Mail Restricted Delivery<br>Reference Information<br>A Stinson |
| 2. Certified Mail (Form 3800) Article Number<br>9414 7266 9904 2158 6540 86 | ‖ ‖‖‖‖ ‖ ‖‖‖ ‖ ‖ ‖ |
| PS Form 3811, Facsimile, July 2015 | Domestic Return Receipt |

UPDATED 3/9/2020 9:20 AM